UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel S. Blankenship**<br><br>                   Plaintiff(s)<br>v.<br><br>**Fidelity Creditor Service, Inc.**<br><br>                   Defendant(s). | CASE NUMBER:<br><br>**ED CV 20-1083-JFW(SPx)**<br><br>ORDER VACATING SCHEDULING CONFERENCE, REFERRAL TO PRIVATE MEDIATION, and DISMISSING ANY UNSERVED DOE DEFENDANTS |

The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary. The hearing on November 30, 2020 is vacated and taken off calendar. A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

    **ORDERS** this case referred to:

    ☐ ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

    ☐ ADR PROCEDURE NO. 2: This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

    ☒ **ADR PROCEDURE NO. 3: (Private mediation).**

    The ADR proceeding is to be completed no later than: December 28, 2020
    The Joint Report re: Results of Settlement Conference due on: December 31, 2020

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **November 18, 2020**

                                                                         _____
                                                                         United States District Judge