**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa (State Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. BLANKENSHIP,<br><br>        Plaintiff,<br><br>    v.<br><br>FIDELITY CAPITAL HOLDINGS, INC. d/b/a FIDELITY CREDITOR SERVICE, INC.,<br><br>        Defendant. | Case No. 5:20-cv-01083-JFW-SP<br><br>**AGREED STIPULATION OF DISMISSAL** |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIEL S. BLANKENSHIP, and the Defendant, FIDELITY CAPITAL HOLDINGS, INC. d/b/a FIDELITY CREDITOR SERVICE, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against FIDELITY CAPITAL HOLDINGS, INC. d/b/a FIDELITY CREDITOR SERVICE, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: June 16, 2021 | Respectfully Submitted, |
| **DANIEL S. BLANKENSHIP** | **FIDELITY CAPITAL HOLDINGS INC. d/b/a FIDELITY CREDITOR SERVICE, INC.** |
| */s/ Alejandro E. Figueroa*<br>Alejandro E. Figueroa<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>alejandrof@sulaimanlaw.com<br>*Attorney for Plaintiff* | */s/ Leslie Gold (with consent)*<br>Leslie Gold<br>Fidelity Capital Holdings, Inc.<br>441 N. Varney Street, 2nd Floor<br>Burbank, California 91502<br>Phone: (818) 502-1981<br>lgold@fcscollect.com<br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

>  */s/ Alejandro E. Figueroa*
>  Alejandro E. Figueroa