**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa (State Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. BLANKENSHIP, | Case No. 5:20-cv-01083-JFW-SPx |
| Plaintiff, | **ORDER** |
| v. | |
| FIDELITY CAPITAL HOLDINGS, INC. d/b/a FIDELITY CREDITOR SERVICE, INC., | |
| Defendant. | |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, DANIEL S. BLANKENSHIP ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 17, 2021

_____
Judge, U.S. District Court

1